Chicago Lawyers' Committee for Civil Rights Under Law, Inc. v. Craigslist, Inc. Doc. 63



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW, INC., | |
| Plaintiff, | CASE NO. 06 C 0657 |
| v. | Judge Amy J. St. Eve |
| CRAIGSLIST, INC., | Magistrate Judge Jeffrey Cole |
| Defendant. | |

**PLAINTIFF CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW, INC.'S MOTION TO FILE A SUPPLEMENTAL REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO RULE 59(e)**

Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. (CLC), by its attorneys, hereby moves this Court for leave to file a Supplemental Reply Memorandum in Support of its Motion to Alter or Amend Judgment Pursuant to Rule 59(e). In support of this Motion, Plaintiff states as follows:

1. On December 19, 2006, eleven days after briefing was completed on the narrow issue of the definition of "print" and "cause to be . . . printed" under § 3604(c) of the Fair Housing Act (FHA), Defendant Craigslist, Inc., sought leave to file its Sur-Reply in Further Opposition to CLC's Motion to Alter or Amend Judgment. On December 21, 2006, the Court granted Craigslist leave to file their brief.



Dockets.Justia.com

2. In Defendant Craigslist, Inc.'s Sur-Reply in Further Opposition to CLC's Motion to Alter or Amend Judgment, Craigslist discusses "the scope of the Section 230 immunity [under the Communications Decency Act (CDA)]." (Surreply Mem. in Opp'n. to Mot. to Alter or Amend J. at 3.) Although CLC's reply discussed the interplay between the FHA § 3604(c) printing liability and the Court's holding as to CDA § 230 "publisher" immunity, the reply did so merely to preserve the argument for the record. (Reply Mem. in Supp. of Mot. to Alter or Amend J. at 7, n.11.) ("While we respectfully disagree with the Court's analysis on this point for the reasons previously submitted and are not asking the Court to reconsider this point, we must discuss 'printing' liability under § 3604(c) in the context of § 230 of the CDA. We do so in the remainder of this brief.") Because Craigslist's sur-reply goes beyond the narrow issue on which the Court requested briefing, CLC would like to respond.

WHEREFORE, Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc., respectfully requests leave to file the accompanying Supplemental Reply Memorandum in order to respond to the arguments made by Craigslist.

Respectfully submitted,

/s/ Stephen D. Libowsky

Stephen D. Libowsky
Wm. Bradford Reynolds
Louis A. Crisostomo
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60610
(312) 595-1239

Laurie Wardell
Elyssa Balingit Winslow
Chicago Lawyers' Committee for Civil Rights
Under Law, Inc.
100 North LaSalle Street, Suite 600
Chicago, Illinois 60602
(312) 630-9744

Attorneys for Plaintiff
Chicago Lawyers' Committee for Civil
Rights Under Law, Inc.

Dated: December 22, 2006