IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW, INC., | |
| Plaintiff, | Judge Amy J. St. Eve |
| v. | Magistrate Judge Jeffrey Cole |
| CRAIGSLIST, INC., | Case No. 06 C 0657 |
| Defendant. | |

TO:

| | | |
|---|---|---|
| Eric D. Brandfonbrener<br>Christopher B. Wilson<br>Perkins Coie LLP<br>131 S. Dearborn<br>Suite 1700<br>Chicago, IL 60603 | David J. Burman<br>Perkins Coie LLP<br>1201 Third Avenue<br>Suite 4800<br>Seattle, WA 98101 | David W. Ogden<br>Patrick J. Carome<br>Wilmer Cutler Pickering<br>Hale and Dorr LLP<br>2445 M. Street, NW<br>Washington, DC 20037 |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, December 28, 2006, at 8:45 a.m., or as soon thereafter as counsel may be heard, we will appear before The Honorable Amy J. St. Eve or before any other judge sitting in her stead in Courtroom 1241 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and seek leave to file a Supplemental Reply Memorandum in Support of Chicago Lawyers' Committee for Civil Rights Under Law, Inc.'s Motion to Alter or Amend Judgment Pursuant to Rule 59(e), a copy of which is attached and hereby served upon you.

Dated: December 22, 2006

DM_US-#8419200.v1

DM_US\8423894.v1

Dockets.Justia.com

/s/ Stephen D. Libowsky
One of the Attorneys for Plaintiff
Chicago Lawyers' Committee for
Civil Rights Under Law, Inc.

Stephen D. Libowsky (No. 6187081)
Wm. Bradford Reynolds
Louis A. Crisostomo
HOWREY LLP
321 North Clark Street – Suite 3400
Chicago, IL 60610
Telephone: 312.595.2252
Facsimile: 312.264.0372

Laurie Wardell
Elyssa Balingit Winslow
Chicago Lawyers' Committee for
Civil Rights Under Law, Inc.
100 N. LaSalle Street, Suite 600
Chicago, IL 60602
Telephone: 312.630.9744

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Stephen D. Libowsky, certify that I caused a copy of Plaintiff's Supplemental Reply Memorandum in Support of its Motion to Alter or Amend Judgment to be served by e-mail to Eric Brandfonbrenner and Christopher Wilson via the ECF system of the U.S. District Court, Northern District of Illinois, Eastern Division, and by Federal Express delivery to David Burman, David W. Ogden and Patrick J. Carome on this 22nd day of December, 2006.

/s/ Stephen D. Libowsky
Stephen D. Libowsky