# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

FILED
JANUARY 16, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk of the Court (312)435-5850

LI

**To: District Court Clerk's Office**

**Re: Notice of Docketing**

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | 1/12/07 |
| Appellate Court No.: | 07-1101 |
| Short Caption: | Chicago Lawyers Comm v. Craigslist Inc |
| District Court Judge: | Judge St. Eve |
| District Court No.: | 06 C 657 |

If you have any questions regarding this appeal, please call this office.

**cc: Court Reporter**