# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

January 29, 2007

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Chgo. Lawyers' Comm. -v- Craiglist, Inc.

U.S.D.C. DOCKET NO. : 06 cv 657

U.S.C.A. DOCKET NO. : 07-1101

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S) ***2 Volume of Pleadings***

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_________________________________
D. Jordan, Deputy Clerk

Dockets.Justia.com

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

***2 Volumes of Pleadings***

In the cause entitled: Chgo. Lawyers' Comm. -v- Craiglist, Inc..

USDC NO. : 06 cv 657

USCA NO. : 07-1101

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 29th day of Jan. 2007.

MICHAEL W. DOBBINS, CLERK

By: ______________________________________
D. Jordan, Deputy Clerk

1. APPEAL, COLE

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:06-cv-00657
# Internal Use Only

| | |
|---|---|
| Chicago Lawyers' Committee for Civil Rights Under Law, Inc. v. Craigslist, Inc.<br>Assigned to: Honorable Amy J. St. Eve<br>Case in other court: 07-01101<br><br>Cause: 42:405 Fair Housing Act | Date Filed: 02/03/2006<br>Date Terminated: 11/14/2006<br>Jury Demand: Both<br>Nature of Suit: 443 Civil Rights: Accommodations<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Chicago Lawyers' Committee for Civil Rights Under Law, Inc.** | represented by | **Stephen David Libowsky**<br>Howrey Simon Arnold & White, LLP<br>321 North Clark Street<br>Suite 3400<br>Chicago, IL 60610<br>(312) 595-1239<br>Email: libowskys@howrey.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Elyssa Balingit Winslow**<br>Chicago Lawyers' Committee for Civil Rights under Law,<br>100 N. LaSalle Street<br>#600<br>Chicago, IL 60602<br>(312) 630-9744<br>Email: ebwinslow@clccrul.org<br>*ATTORNEY TO BE NOTICED*<br><br>**Laurie Arden Wardell**<br>Chicago Lawyers' Committee for Civil Rights<br>100 North LaSalle Street |

Suite 600
Chicago, IL 60602-2403
(312) 630-9744
Email: lwardell@clccrul.org
*ATTORNEY TO BE NOTICED*

**Louis Albert Crisostomo**
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60601
(312)846-5634
Email: crisostomol@howrey.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Craigslist, Inc.** represented by

**Eric D. Brandfonbrener**
Perkins Coie LLC
131 S. Dearborn
Suite 1700
Chicago, IL 60603-5559
(312) 263-5601
Email: ebrand@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher B. Wilson**
Perkins Coie LLC
131 S. Dearborn
Suite 1700
Chicago, IL 60603-5559
(312) 263-5601
Email: cwilson@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Amazon.Com, Inc.** represented by **Samuel Fifer**
Sonnenschein, Nath & Rosenthal, LLP
233 South Wacker Drive
7800 Sears Tower
Chicago, IL 60606
(312)876-8000
Email: sfifer@sonnenschein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie P. Samuels**
Sonnenschein, Nath & Rosenthal, LLP
233 South Wacker Drive
7800 Sears Tower
Chicago, IL 60606
(312) 876-6158
Email: jsamuels@sonnenschein.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**AOL LLC** represented by **Samuel Fifer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie P. Samuels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**eBay Inc.** represented by **Samuel Fifer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie P. Samuels**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Amicus**

**Electronic Frontier Foundation** represented by **Samuel Fifer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie P. Samuels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Google Inc.** represented by **Samuel Fifer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie P. Samuels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Internet Commerce Coalition** represented by **Samuel Fifer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie P. Samuels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**NetChoice** represented by **Samuel Fifer**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Julie P. Samuels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**NetCoalition** represented by **Samuel Fifer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie P. Samuels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**United States Internet Service Provider Association** represented by **Samuel Fifer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie P. Samuels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**Yahoo! Inc.** represented by **Samuel Fifer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie P. Samuels**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2006 | 1 | COMPLAINT filed by Chicago Lawyers' Committee for Civil Rights Under Law ; Jury Demand.(hp, ) (Entered: 02/06/2006) |
| 02/03/2006 | 2 | CIVIL Cover Sheet (hp, ) (Entered: 02/06/2006) |
| 02/03/2006 | 3 | ~~ATTORNEY Appearance for Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law by Stephen David Libowsky (hp, ) (Entered: 02/06/2006)~~ |
| 02/03/2006 | 4 | ~~ATTORNEY Appearance for Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law by Laurie Arden Wardell (hp, ) (Entered: 02/06/2006)~~ |
| 02/03/2006 | 5 | ~~ATTORNEY Appearance for Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. by Elyssa Balingit Winslow (hp, ) (Entered: 02/06/2006)~~ |
| 02/03/2006 | 6 | ~~(Court only) RECEIPT regarding payment of filing fee paid on 2/3/2006 in the amount of $250.00, receipt number 1111019 (hp, ) (Entered: 02/06/2006)~~ |
| 02/03/2006 | 7 | ~~SUMMONS Issued one original and one copy as to Defendant Craigslist, Inc. (hp, ) (Entered: 02/06/2006)~~ |
| 02/10/2006 | 8 | MINUTE entry before Judge Amy J. St. Eve : Joint Status Report due by 3/15/2006. Initial Status hearing set for 3/20/2006 at 09:00 AM. in Courtroom 1241. Mailed notice (tmh, ) (Entered: 02/12/2006) |
| 02/24/2006 | 9 | ~~ATTORNEY Appearance for Defendant Craigslist, Inc. by Eric D. Brandfonbrener (Brandfonbrener, Eric) (Entered: 02/24/2006)~~ |
| 02/24/2006 | 10 | ~~ATTORNEY Appearance for Defendant Craigslist, Inc. by Christopher B. Wilson (Wilson, Christopher) (Entered: 02/24/2006)~~ |
| 03/14/2006 | 11 | STATUS Report *(Joint Initial Status Report)* by Chicago Lawyers' Committee for Civil Rights Under Law, Inc., Craigslist, Inc. (Brandfonbrener, Eric) (Entered: 03/14/2006) |
| 03/20/2006 | 12 | MINUTE entry before Judge Amy J. St. Eve : Status hearing held on 3/20/2006. Defendant to answer or otherwise plead by 4/14/2006, limited to 20 pages. Response due by 5/19/2006, limited to 20 pages. Reply due by 6/7/2006. Status hearing set for 7/18/2006 at 09:00 AM. Mailed notice (tmh, ) (Entered: 03/20/2006) |

| | | |
|---|---|---|
| 04/14/2006 | 13 | ANSWER to Complaint with Jury Demand *With Affirmative Defenses* by Craigslist, Inc. (Attachments: # 1 Answer (part 2))(Brandfonbrener, Eric) (Entered: 04/14/2006) |
| 04/14/2006 | 14 | MOTION by Defendant Craigslist, Inc. for judgment on the pleadings (Brandfonbrener, Eric) (Entered: 04/14/2006) |
| 04/14/2006 | 15 | MEMORANDUM by Craigslist, Inc. in Support of motion for judgment on the pleadings14 (Attachments: # 1 Exhibit (unpublished cases))(Brandfonbrener, Eric) (Entered: 04/14/2006) |
| 05/19/2006 | 16 | MEMORANDUM by Chicago Lawyers' Committee for Civil Rights Under Law, Inc. in Opposition to *Defendant's Motion for Judgment on the Pleadings* (Attachments: # 1 Exhibit Exhibits)(Libowsky, Stephen) (Entered: 05/19/2006) |
| 05/22/2006 | 17 | MOTION by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. for leave to file *Amicus Brief* (Attachments: # 1 Brief of Amicus Curiae NFHA in Support of Plaintiff)(Libowsky, Stephen) (Entered: 05/22/2006) |
| 05/22/2006 | 18 | ~~NOTICE of Motion by Stephen David Libowsky for presentment of motion for leave to file17 before Honorable Amy J. St. Eve on 5/25/2006 at 09:00 AM. (Libowsky, Stephen) (Entered: 05/22/2006)~~ |
| 05/24/2006 | 19 | ~~MINUTE entry before Judge Amy J. St. Eve : Notice of motion hearing set for 5/25/2006 is stricken and reset to 5/30/3006 at 9:00 A.M. Mailed notice (tmh, ) (Entered: 05/24/2006)~~ |
| 05/26/2006 | 20 | RESPONSE by Defendant Craigslist, Inc. to motion for leave to file17 *amicus brief* (Brandfonbrener, Eric) (Entered: 05/26/2006) |
| 05/30/2006 | 21 | MINUTE entry before Judge Amy J. St. Eve : Defendant's oral motion for an extension of time to file their reply brief in support of the MOTION by Defendant Craigslist, Inc. for judgment on the pleadings 14 is granted. Reply due 6/21/2006. MOTION by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. for leave to file Amicus Brief 17 is granted. Defendant's reply to the Amicus brief is due by 6/21/2006. Status hearing set for 7/18/2006 is stricken and reset to 8/22/2006 at 09:00 AM. Mailed notice (tmh, ) (Entered: 05/30/2006) |
| 05/30/2006 | 22 | BRIEF OF AMICUS CURIAE National Fair Housing Alliance in support of plaintiff as to Chicago Lawyers' Committee for Civil |

| | | |
|---|---|---|
| | | Rights Under Law, Inc. (Exhibits) (hp, ) (Entered: 05/31/2006) |
| 06/21/2006 | 23 | ~~ATTORNEY Appearance for amicus parties by Samuel Fifer (Fifer, Samuel) Modified on 6/22/2006 (rbf, ). (Entered: 06/21/2006)~~ |
| 06/21/2006 | 24 | MOTION by Amicus Parties Amazon.Com, Inc., AOL LLC, eBay Inc., Electronic Frontier Foundation, Google Inc., Internet Commerce Coalition, NetChoice, NetCoalition, United States Internet Service Provider Association, Yahoo! Inc. for leave to file *Amicus Brief* (Attachments: # 1 Exhibit Amicus Brief# 2 Exhibit Unpublished Opinions)(Fifer, Samuel) (Entered: 06/21/2006) |
| 06/21/2006 | 25 | ~~NOTICE of Motion by Samuel Fifer for presentment of motion for leave to file, 24 before Honorable Amy J. St. Eve on 6/27/2006 at 09:00 AM. (Fifer, Samuel) (Entered: 06/21/2006)~~ |
| 06/21/2006 | 26 | ~~ATTORNEY Appearance for Amicus Parties Amazon.Com, Inc., AOL LLC, eBay Inc., Electronic Frontier Foundation, Google Inc., Internet Commerce Coalition, NetChoice, NetCoalition, United States Internet Service Provider Association, Yahoo! Inc. by Julie P. Samuels (Samuels, Julie) (Entered: 06/21/2006)~~ |
| 06/21/2006 | 27 | REPLY by Defendant Craigslist, Inc. to motion for judgment on the pleadings14 *In Further Support Of Its Motion For Judgment On The Pleadings* (Brandfonbrener, Eric) (Entered: 06/21/2006) |
| 06/22/2006 | 28 | MOTION by Amicus Parties Amazon.Com, Inc., AOL LLC, eBay Inc., Electronic Frontier Foundation, Google Inc., Internet Commerce Coalition, NetChoice, NetCoalition, United States Internet Service Provider Association, Yahoo! Inc. for leave to file *Amicus Brief (Amended Motion)* (Attachments: # 1 Exhibit Amicus Brief# 2 Exhibit Unpublished Opinions)(Fifer, Samuel) (Entered: 06/22/2006) |
| 06/22/2006 | 29 | ~~*RE-* NOTICE of Motion by Samuel Fifer for presentment of motion for leave to file, 28 before Honorable Amy J. St. Eve on 6/27/2006 at 09:00 AM. (Fifer, Samuel) (Entered: 06/22/2006)~~ |
| 06/22/2006 | 30 | MINUTE entry before Judge Amy J. St. Eve : MOTION by Amicus Parties Amazon.Com, Inc., AOL LLC, eBay Inc., Electronic Frontier Foundation, Google Inc., Internet Commerce Coalition, NetChoice, NetCoalition, United States Internet Service Provider Association, Yahoo! Inc. for leave to file Amicus Brief 24 is granted Mailed notice (tmh, ) (Entered: 06/22/2006) |
| 06/22/2006 | 32 | BRIEF by Amici Amazon.Com, Inc., AOL LLC, eBay Inc., Google, |

| | | |
|---|---|---|
| | | Inc., Yahoo!Inc., Electronic Frontier Foundation, Internet Commerce Coalition, Netchoice, Netcoalition, and United States Internet Service Provider Association in Support of Craigslist's Motion for Judgment on the Pleadings 14 (Attachments: # 1 Exhibit Unpublished Opinions)(hp, ) (Entered: 06/27/2006) |
| 06/26/2006 | 31 | ~~ATTORNEY Appearance for Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. by Louis Albert Crisostomo (Crisostomo, Louis) (Entered: 06/26/2006)~~ |
| 06/27/2006 | 33 | MINUTE entry before Judge Amy J. St. Eve : MOTION by Amicus Parties Amazon.Com, Inc., AOL LLC, eBay Inc., Electronic Frontier Foundation, Google Inc., Internet Commerce Coalition, NetChoice, NetCoalition, United States Internet Service Provider Association, Yahoo! Inc. for leave to file Amicus Brief (Amended Motion) 28 is granted. MOTION by Amicus Parties Amazon.Com, Inc., AOL LLC, eBay Inc., Electronic Frontier Foundation, Google Inc., Internet Commerce Coalition, NetChoice, NetCoalition, United States Internet Service Provider Association, Yahoo! Inc. for leave to file Amicus Brief 24 is denied as moot in light of the filing of the Amended Motion 28. Mailed notice (tmh, ) (Entered: 06/27/2006) |
| 06/29/2006 | 34 | MOTION by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. for judgment on the pleadings *to file a surreply brief in opposition to Craigslist's motion* (Libowsky, Stephen) (Entered: 06/29/2006) |
| 06/29/2006 | 35 | ~~NOTICE of Motion by Stephen David Libowsky for presentment of motion for judgment on the pleadings34 before Honorable Jeffrey Cole on 6/6/2006 at 09:00 AM. (Libowsky, Stephen) (Entered: 06/29/2006)~~ |
| 06/29/2006 | 36 | SUR-REPLY by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. *in opposition to Craiglist's motion for judgment on the pleadings* (Libowsky, Stephen) (Entered: 06/29/2006) |
| 06/30/2006 | 37 | ~~NOTICE of Motion by Stephen David Libowsky for presentment of motion for judgment on the pleadings34 before Honorable Amy J. St. Eve on 7/6/2006 at 09:00 AM. (Libowsky, Stephen) (Entered: 06/30/2006)~~ |
| 07/03/2006 | 38 | REPLY by Defendant Craigslist, Inc. to motion for judgment on the pleadings34 *(reply to motion for leave to file surreply)* |

| | | |
|---|---|---|
| | | (Brandfonbrener, Eric) (Entered: 07/03/2006) |
| 07/05/2006 | 39 | MINUTE entry before Judge Amy J. St. Eve : MOTION by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. for judgment on the pleadings to file a surreply brief in opposition to Craigslist's motion 34 is granted. In considering the motion, the Court will address Craigslist's argument regarding exhibits. Mailed notice (tmh, ) (Entered: 07/05/2006) |
| 08/11/2006 | 40 | ~~MINUTE entry before Judge Amy J. St. Eve : Status hearing set for 8/22/2006 is stricken and reset to 10/3/2006 at 09:00 AM. Mailed notice (tmh, ) (Entered: 08/11/2006)~~ |
| 09/29/2006 | 41 | MOTION by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. for leave to file *New Supplemental Authority From the United States Department of Housing and Urban Development* (Libowsky, Stephen) (Entered: 09/29/2006) |
| 09/29/2006 | 42 | ~~NOTICE of Motion by Stephen David Libowsky for presentment of motion for leave to file41 before Honorable Amy J. St. Eve on 10/4/2006 at 09:00 AM. (Libowsky, Stephen) (Entered: 09/29/2006)~~ |
| 10/02/2006 | 43 | MINUTE entry before Judge Amy J. St. Eve : MOTION by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. for leave to file New Supplemental Authority From the United States Department of Housing and Urban Development 41 is granted. Response due by 10/4/2006. Status hearing set for 10/3/2006 is stricken and reset to 10/11/2006 at 09:00 AM. Mailed notice (tmh, ) (Entered: 10/02/2006) |
| 10/04/2006 | 44 | MEMORANDUM by Craigslist, Inc. in Opposition to *Plaintiff's Motion To File Supplemental Authority* (Brandfonbrener, Eric) (Entered: 10/04/2006) |
| 10/06/2006 | 45 | ~~MINUTE entry before Judge Amy J. St. Eve : Status hearing set for 10/11/2006 is stricken and reset to 10/30/2006 at 08:45 AM. Mailed notice (tmh, ) (Entered: 10/06/2006)~~ |
| 10/24/2006 | 46 | ~~MINUTE entry before Judge Amy J. St. Eve : Status hearing set for 10/30/2006 is stricken and reset to 11/13/2006 at 08:45 AM. Mailed notice (tmh, ) (Entered: 10/24/2006)~~ |
| 11/09/2006 | 47 | ~~MINUTE entry before Judge Amy J. St. Eve : Status hearing set for 11/13/2006 is stricken and reset to 11/21/2006 at 08:45 AM. Mailed notice (tmh, ) (Entered: 11/09/2006)~~ |

| | | |
|---|---|---|
| 11/09/2006 | 48 | ~~MINUTE entry before Judge Amy J. St. Eve : Status hearing set for 11/21/2006 is stricken and reset to 11/22/2006 at 08:45 AM. Mailed notice (tmh, ) (Entered: 11/09/2006)~~ |
| 11/14/2006 | 49 | MINUTE entry before Judge Amy J. St. Eve : MOTION by Defendant Craigslist, Inc. for judgment on the pleadings 14 is granted. Status hearing set for 11/22/2006 is stricken. Civil case terminated. Mailed notice (tmh, ) (Entered: 11/14/2006) |
| 11/14/2006 | 50 | MEMORANDUM Opinion and Order Signed by Judge Amy J. St. Eve on 11/14/2006:Mailed notice(tmh, ) (Entered: 11/14/2006) |
| 11/14/2006 | 51 | ENTERED JUDGMENT on 11/14/2006:Mailed notice(tmh, ) (Entered: 11/14/2006) |
| 11/17/2006 | 52 | MOTION by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. to alter judgment *Or Amend Judgment*, MOTION by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. to amend/correct (Libowsky, Stephen) (Entered: 11/17/2006) |
| 11/17/2006 | 53 | ~~NOTICE of Motion by Stephen David Libowsky for presentment of motion to alter judgment, motion to amend/correct52 before Honorable Amy J. St. Eve on 11/22/2006 at 08:45 AM. (Libowsky, Stephen) (Entered: 11/17/2006)~~ |
| 11/22/2006 | 54 | MINUTE entry before Judge Amy J. St. Eve : MOTION by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. to alter judgment Or Amend Judgment, MOTION by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. to amend/correct 52 is entered. Set deadlines/hearing as to motion to alter judgment, motion to amend/correct52 : Responses due by 12/1/2006, no more than 10 pages. Replies due by 12/8/2006, no more than 10 pages. Ruling will be by mail. Mailed notice (tmh, ) (Entered: 11/22/2006) |
| 12/01/2006 | 55 | MEMORANDUM by Craigslist, Inc. in Opposition to *Plaintiff CLC's Motion to Alter Or Amend Judgment* (Brandfonbrener, Eric) (Entered: 12/01/2006) |
| 12/08/2006 | 56 | REPLY *Memorandum in Support of Its Motion to Alter or Amend Judgment Pursuant to Rule 59(e)* (Libowsky, Stephen) (Entered: 12/08/2006) |
| 12/08/2006 | 57 | ~~NOTICE by Chicago Lawyers' Committee for Civil Rights Under~~ |

| | | |
|---|---|---|
| | | ~~Law, Inc. *of Filing of Reply Memorandum in Support of Its Motion to Alter or Amend Judgment* (Libowsky, Stephen) (Entered: 12/08/2006)~~ |
| 12/15/2006 | 58 | MINUTE entry before Judge Amy J. St. Eve : Minute entry dated 11/22/2006 54 is amended as follows: MOTION by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. to alter judgment Or Amend Judgment, MOTION by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. to amend/correct 52 is entered in part and denied in part. Response as to the print issue due by 12/1/2006, with no more than ten pages. Reply due by 12/8/2006, with no more than ten pages. Ruling will be by mail. Mailed notice (tmh, ) (Entered: 12/15/2006) |
| 12/19/2006 | 59 | MOTION by Defendant Craigslist, Inc. to file instanter *sur-reply in further opposition to CLC's motion to alter or amend judgment* (Brandfonbrener, Eric) (Entered: 12/19/2006) |
| 12/19/2006 | 60 | ~~NOTICE of Motion by Eric D. Brandfonbrener for presentment of motion to file instanter59 before Honorable Amy J. St. Eve on 12/22/2006 at 09:00 AM. (Brandfonbrener, Eric) (Entered: 12/19/2006)~~ |
| 12/21/2006 | 61 | MINUTE entry before Judge Amy J. St. Eve :MOTION by Defendant Craigslist, Inc. to file instanter sur-reply in further opposition to CLC's motion to alter or amend judgment 59 is granted Mailed notice (tmh, ) (Entered: 12/21/2006) |
| 12/22/2006 | 62 | SUR-REPLY by Defendant Craigslist, Inc. to motion to alter judgment, motion to amend/correct52 (Brandfonbrener, Eric) (Entered: 12/22/2006) |
| 12/22/2006 | 63 | MOTION by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. for leave to file *a Supplemental Reply Memorandum In Support of Its Motion to Alter or Amend Judgment Pursuant to Rule 59(e)* (Libowsky, Stephen) (Entered: 12/22/2006) |
| 12/22/2006 | 64 | ~~NOTICE of Motion by Stephen David Libowsky for presentment of motion for leave to file63 before Honorable Amy J. St. Eve on 12/28/2006 at 08:45 AM. (Libowsky, Stephen) (Entered: 12/22/2006)~~ |
| 12/22/2006 | 65 | REPLY by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. to motion for leave to file63 *(Supplemental Reply Memorandum in Support of Its Motion to Alter or Amend Judgment Pursuant to Rule 59(e))* (Libowsky, Stephen) (Entered: 12/22/2006) |

| | | |
|---|---|---|
| 12/26/2006 | 66 | MINUTE entry before Judge Amy J. St. Eve :MOTION by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. for leave to file a Supplemental Reply Memorandum In Support of Its Motion to Alter or Amend Judgment Pursuant to Rule 59(e) 63 is denied. No further briefing unless ordered by the court.Mailed notice (tmh, ) (Entered: 12/26/2006) |
| 01/10/2007 | 67 | MINUTE entry before Judge Amy J. St. Eve :MOTION by Plaintiff Chicago Lawyers' Committee for Civil Rights Under Law, Inc. to amend/correct 52 is denied.Mailed notice (tmh, ) (Entered: 01/10/2007) |
| 01/11/2007 | 68 | NOTICE of appeal by Chicago Lawyers' Committee for Civil Rights Under Law, Inc. regarding orders 51, 49, 50, 67 ; Filing fee $ 455.00 paid; Receipt number 10645870 (dj, ) (Entered: 01/12/2007) |
| 01/11/2007 | 69 | DOCKETING Statement by Chicago Lawyers' Committee for Civil Rights Under Law, Inc. regarding notice of appeal68 (dj, ) (Entered: 01/12/2007) |
| 01/12/2007 | 70 | ~~TRANSMITTED to the 7th Circuit the short record on 1/12/07 notice of appeal68. Notified counsel (dj, ) (Entered: 01/12/2007)~~ |
| 01/16/2007 | 71 | ~~SEVENTH CIRCUIT transcript information sheet by Chicago Lawyers' Committee for Civil Rights Under Law, Inc. (hp, ) (Entered: 01/17/2007)~~ |
| 01/16/2007 | 72 | ~~ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 68 ; USCA Case No. 07-1101 (hp, ) (Entered: 01/17/2007)~~ |

**All items are included in this record. (Or)**
**All cross out items are not included in the record.**
**S/C: These items are sent under a separate certificate.**
**N/A: These items are not available.**